AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Mandy Shaul-Bolek et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-09560 |
| 3M Company et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs  .

Date: 11/19/2025

*Attorney's signature*

Nicholas Mindicino
*Printed name and bar number*

Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York NY 10017

*Address*

NMindicino@Napolilaw.com
*E-mail address*

(212) 397-1000
*Telephone number*

*FAX number*